**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

___

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| )  Plaintiff, ) | |
| ) VS. ) | CR. NO. 1:18-10049-STA |
| ) STEVEN GILBERT INMAN, ) | |
| ) Defendant. ) | |

___

**ORDER ON GUILTY PLEA**
**AND NOTICE OF SETTING**
___

This cause came to be heard on May 29, 2018, Assistant United States Attorney, Victor Lee Ivy, appearing for the Government and the defendant, Steven Gilbert Inman, appearing in person, and with counsel, Dianne Smothers.

The defendant entered a plea of guilty to Count 1 of the Information.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, AUGUST 28, 2018 at 9:00 A.M., before Chief Judge S. Thomas Anderson.**

The defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 29th day of May, 2018.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT